No. 75–345. HAVERHILL MANOR, INC. v. COMMISSIONER OF PUBLIC WELFARE ET AL. Sup. Jud. Ct. Mass. Certiorari denied. 

No. 75–346. SCHANBARGER v. KELLOGG ET AL. Ct. App. N. Y. Certiorari denied. 

No. 75–347. HINISH v. HINISH. Ct. Sp. App. Md. Certiorari denied.

No. 75–349. UMPHRES v. SHELL OIL Co. C. A. 5th Cir. Certiorari denied. 

No. 75–363. WOOD, DBA NATIONAL PHOTO SERVICES v. CHACE COMPANY ADVERTISING, INC., ET AL. C. A. 9th Cir. Certiorari denied.

No. 75–364. CONNOR v. HUTTO. C. A. 8th Cir. Certiorari denied. 

No. 75–365. WINKELMAN ET AL. v. BLYTH & Co., INC., ET AL. C. A. 9th Cir. Certiorari denied. 

No. 75–367. IN RE PARKER SQUARE, INC. C. A. 10th Cir. Certiorari denied.

No. 75–368. TORRES v. COLORADO. Ct. App. Colo. Certiorari denied. 

No. 75–373. SOMBERG ET AL. v. ANDERSON ET AL. Sup. Ct. N. J. Certiorari denied. 

No. 75–374. WARREN v. KILLORY, SUPERINTENDENT OF SCHOOLS, BROCKTON, MASSACHUSETTS, ET AL. C. A. 1st Cir. Certiorari denied.